U.S.

v.

**David V. ORTIZ, Jr.**

No. 17-0565/AR

U.S. Court of Appeals for
the Armed Forces.

August 28, 2017

CCA 20160530

DAILY JOURNAL

Petitions for Grant of Review Filed

U.S.

v.

**Brian M. ANDREWS**

No. 17-0567/AR

U.S. Court of Appeals for
the Armed Forces.

August 28, 2017

CCA 20160542

DAILY JOURNAL

Petitions for Grant of Review Filed

U.S.

v.

**Joseph A. KERBEIN**

No. 17-0566/NA

U.S. Court of Appeals for
the Armed Forces.

August 28, 2017

CCA 201700126

DAILY JOURNAL

Petitions for Grant of Review Filed

U.S.

v.

**Jason A. CLOSE**

No. 17-0568/AR

U.S. Court of Appeals for
the Armed Forces.

August 28, 2017

CCA 20140984

DAILY JOURNAL

Petitions for Grant of Review Filed

